UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PEJAM SAYAS,

        Petitioner,

 v.

FERETI SEMAIA, ET AL.,

        Respondents.

Case No. 5:26-cv-02687-SVW-JDE

STANDING ORDER FOR § 2241 IMMIGRATION PETITIONS

## I.    ALL CASES

The parties shall comply with the expedited briefing schedule issued by the Clerk's Office pursuant to General Order 26-05.  The filing of an application for a temporary restraining order ("TRO") does not excuse Respondents from timely filing an answer to the underlying petition by the deadline set forth in that schedule.[1]  **Failing to file an answer by the due date—or filing an answer that fails to substantively respond to any claim in the petition—may result in the Court granting the petition or claim as unopposed.**

---

[1] General Order 26-05 refers to both "court days" and "calendar days." Calendar days are calculated as described in Federal Rule of Civil Procedure 6(a)(1).  Court days include only days on which the Court is open and operating (i.e., excluding Saturdays, Sundays, and legal holidays).

1

Filings should include Petitioner's A-number **and** Petitioner's country of birth or nationality, as alleged by the Department of Homeland Security.  This allows the Court to reference online immigration records, including the Immigration and Customs Enforcement's Online Detainee Locator System (https://locator.ice.gov/odls/#/search) and the Executive Office for Immigration Review's Automated Case Information website (https://acis.eoir.justice.gov/en/).

If the claims in the Petition arise out of an Immigration Court bond hearing that has already occurred, Respondents' Answer should attach a transcript or audio recording of the hearing.

The United States has consented to Magistrate Judge jurisdiction over § 2241 Immigration Petitions, subject to its reserved right to withdraw consent in a particular case.  See generally 28 U.S.C. § 636(c)(1); General Order 26-05 at ¶ 1. The Court encourages the parties to consider consenting to the jurisdiction of the Magistrate Judge.  Consent promotes judicial efficiency, allows the case to proceed before a single judicial officer, and avoids the delay associated with the preparation and review of a Report and Recommendation.  **Declining to consent will have no adverse substantive consequences.**  If Petitioner has not already consented to the jurisdiction of the Magistrate Judge and wishes to do so, then Petitioner should complete and file the attached Form CV-011B.

All parties must comply with the Federal Rules of Civil Procedure (https://www.federalrulesofcivilprocedure.org/frcp/), the Local Civil Rules of the Central District of California (https://www.cacd.uscourts.gov/court-procedures/local-rules), and the Habeas Rules (https://www.uscourts.gov/sites/default/files/rules-governing-section-2254-and-section-2255-proceedings.pdf) unless compliance is expressly excused by a Court order.

For the Court to rely on exhibits attached to the parties' filings as evidence, the exhibits must be properly authenticated, e.g., by a declaration from someone

2

with personal knowledge.  See generally Habeas Rule 7(a) ("If the petition is not dismissed, the judge may direct the parties to expand the record by submitting additional materials relating to the petition.  The judge may require that these materials be authenticated."); Fed. R. Evid. 901 (listing ways of authenticating evidence).

## II.    CASES FILED BY SELF-REPRESENTED PETITIONERS

Petitioners who are not represented by an attorney are referred to as "pro se" or "pro per."  Pro se petitioners are exempt from the requirement to file documents electronically.  See Local Rule 5-4.2(a)(1).  Pro se petitioners should file documents by mailing them to the Clerk's Office at 411 West Fourth Street, Room 1053, Santa Ana, CA 92701-4516.  When filing documents with the Court, pro se petitioners should do the following:

1.    Type or write the original document using ink or pencil that is sufficiently dark that it can be photocopied clearly.

2.    Type or write legibly.

3.    Only use 1 side of each page.

4.    Include, at the top of page 1, the title of the case and the case number. The Clerk's Office may reject documents that do not have a case number.

5.    Include, at the top of page 1, the petitioner's precise name, A-number, and mailing address.

Dated: __May 20, 2026__          _____

Hon. Karen E. Scott
United States Magistrate Judge

3

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR PARTY, OR NAME, ADDRESS & INMATE ID # OF PETITIONER IF PETITIONER IS PRO PER

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| Petitioner, | |
| v. | |
| Respondent. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (STATE /FEDERAL HABEAS CASE)** |

## I    NOTICE OF A MAGISTRATE JUDGE'S AVAILABILITY

1.    A magistrate judge is available under 28 U.S.C. § 636 ( c) to conduct all proceedings in this case, including dispositive matters, and entry of final judgment.  However, a magistrate judge can be assigned to rule on dispositive matters only if all parties voluntarily consent.

2.    You are free to withhold consent to magistrate judge jurisdiction.

3.    If both parties consent to have a magistrate judge decide the case, either party may appeal directly to the Ninth Circuit Court of Appeals, as if a district judge had decided the matter.

4.    If both parties do not consent to have a magistrate judge decide the case, the assigned magistrate judge will continue to decide all non-dispositive matters, and will issue a Report and Recommendation to the district judge as to all dispositive matters.

## II    CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

I voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in this case, decide all dispositive and non-dispositive matters, and order the entry of final judgment.

Name of Counsel **OR** Party if Pro Per          Signature and date          Counsel for (Name Party)

## III    NOTICE TO COUNSEL FROM CLERK

All parties having consented to proceed before the assigned magistrate judge, please specify the case number as _____ on all documents subsequently filed in this case.