O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PEJAM SAYAS,

        Petitioner,

    v.

FERETI SEMAIA, et al.,

        Respondents.

Case No. 5:26-cv-02687-SVW-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1.    Judgment shall be entered granting the Petition.

2.    Respondents shall **immediately** release Petitioner from custody.

3.    If Respondents have not released Petitioner **within three days** of the date of this Order, Petitioner may file a request for an order to show cause re contempt.

4.   Respondents shall not re-detain Petitioner without providing him a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that (a) Petitioner is a flight risk or a danger such that his physical custody is required, or (b) on account of changed circumstances, there is a significant likelihood that Petitioner may be removed in the reasonably foreseeable future.

5.   Petitioner's application for a temporary restraining order (Dkt. 2) is denied as moot.

DATED: May 29, 2026

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2