JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PEJAM SAYAS,

     Petitioner,

v.

FERETI SEMAIA, et al.,

     Respondents.

Case No. 5:26-cv-02687-SVW-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is granted.

DATED: May 29, 2026

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE